UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANGIE MICHELLE RUCKER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Nos. 2:17-CV-142; 2:16-CR-30(10)<br>*Judge Jordan* |

## **JUDGMENT**

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that Petitioner Angie Michell Rucker's pro se motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 [Doc. 1, Case No. 2:17-CV-142] is **DENIED** and **DISMISSED**. Should Petitioner file a notice of appeal from this decision, she is **DENIED** a certificate of appealability, for the reasons stated in the Opinion. Fed. R. App. P. 22(b). Finally, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith, Fed. R. App. P. 24(a), and **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal.

The Clerk is **DIRECTED** to close the civil case, Case No. 2:17-CV-142.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
    s/ John Medearis
    CLERK OF COURT