`UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:16-CR-030 |
| | ) |
| ANGIE MICHELLE RUCKER | ) |

## MEMORANDUM AND ORDER

On October 30, 2020, this Court denied the defendant's *pro se* 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. [Doc. 450]. In its ruling, the Court concluded that the defendant had not shown that compassionate release is warranted in this case. The defendant now moves for reconsideration of her motion in light of an untimely reply brief. [Docs. 451-452].

Under Local Rule 7.1(a), the briefing schedule allows for an opening brief, response brief, and reply brief. *See* E.D. Tenn. L.R. 7.1(a). However, replies are not necessary unless otherwise stated by the Court. *See* E.D. Tenn. L.R. 7.1(c); *Lauer v. Attentus Healtcare Corp.,* 2007 WL 3069646 at *1 (E.D. Tenn. Oct. 18, 2007) ("Local Rule 7.1(c) establishes that the filing of reply briefs is not a matter of right").

The Court has nonetheless reviewed and considered the defendant's untimely reply brief. Nothing therein persuades the Court that it was incorrect in concluding that compassionate release is not merited in this case.

The defendant's motion for reconsideration [doc. 452] is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge